EDWIN P. LAMPHIER, JR., on Behalf of Himself and Others, Respondent, *v.* UNDERWRITERS TRUST COMPANY, Defendant, and CHRISTIAN W. KORELL et al., Appellants.

Argued May 29, 1941; decided July 29, 1941.

*William L. Hanaway* and *Ernest Brooks, Jr.*, for appellants.

*J. Hampden Dougherty* and *Stephen J. Lucey* for respondent.

Appeal dismissed, without costs, on the ground the order appealed from is not final. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.